UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY ANN BAUMBACH,            )
                              )
            Plaintiff,        )    Case No. 1:13-cv-851
                              )
v.                            )    Honorable Phillip J. Green
                              )
COMMISSIONER OF               )
SOCIAL SECURITY,              )
                              )    **JUDGMENT**
            Defendant.        )
_____)

In accordance with the opinion filed this date:

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is AFFIRMED.

Dated: January 12, 2015          /s/ Phillip J. Green
                                 United States Magistrate Judge